IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF OKLAHOMA

| | |
|---|---|
| WESLEY T. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CASE NO. 5:11-cv-00086-M |
| ) | |
| CITY OF OKLAHOMA CITY ) | |
| AND DANIEL GODSIL, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO MOTION TO DISMISS
WITH DEMAND FOR JURY TRIAL AGAINST CITY OF OKLAHOMA CITY**

COMES NOW the Plaintiff and hereby gives notice to the Court and the Defendants that he does no claim any constitutional violations against the City of Oklahoma City in his second cause of action. The civil rights claims are against Officer Godsil only. This moots Defendant City of Oklahoma City's Motion to Dismiss and Motion to Make More Definite and Certain.

Plaintiff hereby gives notice to the Court and the Defendant City of Oklahoma City that he demands a jury trial against the City of Oklahoma City.

    s/ Rex D. Brooks
REX D. BROOKS        OBA # 1165
Attorney for the Plaintiff
1904 N. W. 23rd Street
Oklahoma City, OK 73106
Tel. (405) 525-2200
Fax (405) 525-2214
E-mail. brookslaw@coxinet.net

## CERTIFICATE OF SERVICE

I certify that on February 7, 2011, I electronically transmitted the above attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Richard C. Smith  rick.smith@okc.gov
Stacey Haws Felkner  sfelkner@fentonlaw.com
Susan A. Knight  susanannknight@gmail.com

s/ Rex D. Brooks