IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESLEY T. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CIV-11-86-M |
| v. ) | |
| CITY OF OKLAHOMA CITY and ) | |
| DANIEL GODSIL ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

Notice is hereby given that the Defendant, Oklahoma City Police Officer Daniel Godsil will take the deposition upon oral examination of the Plaintiff and the following witness at the time and place hereinafter set forth:

    Wesley Moore, at 9:30 a.m. on Wednesday, October 26, 2011, at the offices of D&R Reporting and Video, Inc., Robinson Renaissance, 119 N. Robinson, Suite 650, Oklahoma City, OK 73102

    Maxine Moore, at 9:30 a.m. on Thursday, October 27, 2011, at the offices of D&R Reporting and Video, Inc., Robinson Renaissance, 119 N. Robinson, Suite 650, Oklahoma City, OK 73102

to be used as evidence in the trial of the above cause, to be taken before a certified reporter. The taking of this deposition may be adjourned and continued from day to day at the same place and between the same hours until it is completed.

Respectfully submitted,

/s/ Susan Ann Knight
Susan Ann Knight, OBA #14594
Manchester & Knight, PLLC
One Leadership Square, Suite 800 N
211 North Robinson
Oklahoma City, Oklahoma, 73102
Telephone: (405)235-4671
Facsimile: (405)235-5247
Attorney for Defendant Oklahoma City Police Officer Daniel Godsil

## CERTIFICATE OF MAILING

This is to certify that on this 26th day of September, 2011, a true and correct copy of the above and foregoing was served on the following, who are registered participants of the ECF System:

Rex D. Brooks
1904 N.W. 23rd Street
Oklahoma City, OK 73106

Richard C. Smith
Assistant Municipal Counselors
200 North Walker, Suite 400
Oklahoma City, OK 73102

/s/ Susan Ann Knight
Susan Ann Knight