IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF OKLAHOMA

| | |
|---|---|
| WESLEY T. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) CASE NO. 5:11-cv-00086-M |
| | ) |
| | ) |
| CITY OF OKLAHOMA CITY AND DANIEL GODSIL, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR AN ORDER
SHORTENING THE TIME TO RESPOND TO DISCOVERY**

Comes now the Plaintiff, Wesley T. Moore and moves the Court for an Order shortening the time for the Defendants to respond to the Second Requests for Production served on the Defendants on December 1, 2011 to 15 days from the 30 days allowed by Fed.R.C.P. 34.

In support of this Motion Plaintiff informs the Court:

1. That on December 1, 2011, Plaintiff served Second Requests for Production on the Defendants, requesting certain documents that Plaintiff Police Procedures Expert stated he needed to review in reviewing the case.

2. That the second requests for production are timely as the discovery cutoff date is January 2, 2012.

2. That the documents requested are readily available to the Defendants and will not take very much as to the amount of time necessary to produce the requested documents; and the requested documents are necessary for Plaintiff's police procedures

expert to review promptly for trial.

    3.  That no other Motions for Orders Shortening Time to Respond to Discovery have been filed.

    4.  Plaintiff's Counsel has conferred with Defendants' Counsel and both have stated that they object to Plaintiff's Motion to Shorten Time to Respond.  Neither stated their grounds for not agreeing to an Order Shortening the Time to Respond.

    5.  The granting of this motion will speed the progress of this case to trial, which is tentatively scheduled for the February, 2012 jury trial docket.

    WHEREFORE, upon consideration of this Motion, Plaintiff asks the Court to enter its order shortening the time to Respond to the Plaintiff's Second Request for Production, served on each Defendant on December 1, 2011.

S/ Rex D. Brooks  
REX D. BROOKS            OBA # 1165  
Attorney for the Plaintiff  
1904 N. W. 23rd Street  
Oklahoma City, OK 73106  
Phone No.  (405) 525-2200  
FAX No.    (405) 525-2214  
E-mail   brookslaw@coxinet.net

## CERTIFICATE OF SERVICE

      I certify that on December 5, 2011, I electronically transmitted the above attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Richard C. Smith OBA # 8397  
Assistant Municipal Counselor  
200 North Walker, Suite 400  
Oklahoma City OK 73102  
Telephone: (405) 297-2451  
Facsimile: (405) 297-3851  
rick.smith@okc.gov  
**ATTORNEY FOR THE DEFENDANT CITY OF OKLAHOMA CITY**

Susan Ann Knight   OBA# 14594  
Stacey Haws Felkner OBA# 14737  
211 North Robinson Avenue, Suite 800N  
Oklahoma City OK 73102  
Telephone (405) 235-4671  
Facsimile (405) 235-5247  
susanannknight@gmail.com  
sfelkner@fentonlaw.com  
**ATTORNEYS FOR DEFENDANT DANIEL GODSIL**

                                                                                        S/ Rex D. Brooks