IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESLEY T. MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-11-86-M ) |
| CITY OF OKLAHOMA CITY and DANIEL GODSIL | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT OKLAHOMA CITY POLICE OFFICER DANIEL GODSIL'S RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER SHORTENING THE TIME FOR DEFENDANTS TO RESPOND TO DISCOVERY

**COMES NOW** the Defendant, Oklahoma City Police Officer Daniel Godsil, and for his response to Plaintiff's Motion for an Order Shortening the Time for Defendants to Respond to Discovery, and based upon the Court's Order of December 9, 2011, would show the Court that this Defendant has no objection to Plaintiff's Motion.

Respectfully submitted,

/s/ Susan Ann Knight
Susan Ann Knight, OBA #14594
Manchester & Knight, PLLC
One Leadership Square, Suite 800 N
211 North Robinson
Oklahoma City, Oklahoma, 73102
Telephone: (405)235-4671
Facsimile: (405)235-5247
Attorney for Defendant Oklahoma City Police Officer Daniel Godsil

## CERTIFICATE OF MAILING

This is to certify that on this 12th day of December, 2011, a true and correct copy of the above and foregoing was served on the following, who are registered participants of the ECF System:

Rex D. Brooks
1904 N.W. 23rd Street
Oklahoma City, OK 73106

Richard C. Smith
Laura Calvery
Assistant Municipal Counselors
200 North Walker, Suite 400
Oklahoma City, OK 73102

/s/ Susan Ann Knight
Susan Ann Knight