## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WESLEY T. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CIV-11-86-M |
| v. | ) | |
| CITY OF OKLAHOMA CITY, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF POTENTIAL CONFLICT

COMES NOW a Defendant, the City of Oklahoma City, and pursuant to the Guidelines for Resolving Scheduling Conflicts with Oklahoma State Courts and Oklahoma Federal Courts, 1998 OK 117, SCAD 98-17, states as follows:

1.     The above-referenced case is set for jury trial during this Court's February 2012 jury term, which is set to begin February 13, 2012, and this case was scheduled for trial at this Court's scheduling conference of May 3, 2011.  Richard C. Smith is lead counsel for Defendant City.

2.     That also set for jury trial on February 13, 2012, is the case of *Cruz Morales, et al. v. City of Oklahoma City, et al.,* Oklahoma County District Court Case No. CJ-2007-1965, in front of the Honorable Judge Parrish, and that this case was set for this February, 2012, jury trial on September 13, 2011 (after two continuances).  Richard C. Smith is lead counsel for Defendant City.[1]

---

[1]  In the Notice filed originally on January 23, 2012, this case was improperly identified.

3.     I certify that the matters cannot be adequately handled, and the City's interest adequately protected, by other counsel for the party in the action or by other attorneys in the City Attorney's office, certify compliance with this rule and has nevertheless been unable to resolve the conflicts; and certify in the notice a proposed resolution by list of such cases in the order of priority specified by this rule.

4.     **Proposed Resolution:** Even though the federal case was set first because that Court has presently five criminal cases set for trial on this date, which take precedence over civil trials, and at least one other civil trial, that the federal trial be rescheduled for February 20, 2012, or thereafter, with the state case remaining for trial on February 13, 2012.

Further, state trials, if they cannot be tried during the week set, are set aside to a later trial docket.

5.     The factual disputes in both cases are not complex.  Neither case should take more than three days (total) to try.

6.     A similar notice will be filed (with a copy to be hand-delivered to Judge Parrish) in the Oklahoma County District Court.

## CERTIFICATION

I, the undersigned, being first duly sworn upon oath, state that the information contained in this Notice is true and correct to the best of my knowledge.

Richard C. Smith
Assistant Municipal Counselor

---

The undersigned apologizes for the misstatement.

Respectfully submitted and filed,


By:     /s/ Richard C. Smith
        Richard C. Smith, OBA #8397
        Laura Calvery, OBA #30031
        Assistant Municipal Counselor
        200 N. Walker, Suite 400
        Oklahoma City, OK 73102
        (405) 297-2451   FAX (405) 297-3851
        Attorney for Defendant
        City of Oklahoma City
        rick.smith@okc.gov


## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2012, I electronically transmitted the attached  Notice of Potential Conflict to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  Rex Brooks, 1904 N.W. 23rd Street, Oklahoma City, Oklahoma 73106, Attorney for Plaintiff; and Susan K. Knight, 211 North Robinson Avenue, Suite 800N, Oklahoma City, Oklahoma 73102, Attorney for Defendant Godsil; and by U.S. Mail to Travis W. Watkins, Travis W. Watkins, 6402 N. Santa Fe, Unit B, Oklahoma City, OK 73116,  Attorney for Plaintiff Cruz Morales.


                /s/ Richard C. Smith
                Assistant Municipal Counselor


Y:\Moore v. City of OKC, et al., CIV-11-86-M, RCS\Notice of Conflict.doc