IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESLEY T. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. CIV-11-86-M |
| v. | ) |
| | ) |
| CITY OF OKLAHOMA CITY and | ) |
| DANIEL GODSIL | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Defendant Daniel Godsil gives notice of his appeal to the United States Court of Appeals for the Tenth Circuit from the January 23, 2012 Order denying Defendant Godsil's Motion for Summary Judgment (Doc. No. 60).

Respectfully submitted,

/s/ Stacey Haws Felkner
Susan Ann Knight, OBA #14594
Stacey Haws Felkner, OBA #14737
Manchester & Knight, PLLC
One Leadership Square, Suite 800 N
211 North Robinson
Oklahoma City, Oklahoma, 73102
Telephone: (405)235-4671
Facsimile: (405)235-5247
Attorneys for Defendant Oklahoma City Police
Officer Daniel Godsil

## CERTIFICATE OF MAILING

This is to certify that on this 24th day of January, 2012, a true and correct copy of the above and foregoing was served on the following, who are registered participants of the ECF System:

Rex D. Brooks
1904 N.W. 23rd Street
Oklahoma City, OK 73106

Richard C. Smith
Laura Calvery
Assistant Municipal Counselors
200 North Walker, Suite 400
Oklahoma City, OK 73102

/s/ Stacey Haws Felkner
Stacey Haws Felkner