# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESLEY T. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-11-86-M |
| | ) |
| CITY OF OKLAHOMA CITY and | ) |
| DANIEL GODSIL, | ) |
| | ) |
| Defendant. | ) |

## APPLICATION TO REOPEN CASE

COME NOW the parties, and requests this Court to order this case to be reopened for the express and limited purpose of entering an agreed Journal Entry of Judgment against Defendant City and an agreed Stipulation of Dismissal of Defendant Godsil pursuant to the terms of the settlement agreement reached at the judicial settlement conference on February 27, 2013.

Respectfully submitted,

/s/ Rex D. Brooks
(signed with permission)
Rex D. Brooks
1904 NW 23rd Street
Oklahoma City, OK 73106
Attorney for Plaintiff


/s/ Susan A. Knight
(signed with permission)
Susan A. Knight, OBA # 14594
MANCHESTER & KNIGHT, PLLC

211 N. Robinson, Ste 800N
Oklahoma City, OK 73102
(405) 235-4671
FAX (405) 235-5247
Attorney for Defendant Godsil

By: /s/ Richard C. Smith
Richard C. Smith, OBA #8397
Laura A. Calvery, OBA #30031
Assistant Municipal Counselors
200 North Walker, Suite 400
Oklahoma City, Oklahoma  73102
(405) 297-2451
FAX (405) 297-3851
Attorneys for Defendant City

Y:\Moore v. City of OKC, et al., CIV-11-86-M, RCS\Settlement\App to reopen case.doc