# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESLEY T. MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-11-86-M |
| CITY OF OKLAHOMA CITY, and DANIEL GODSIL, | ) ) ) ) |
| Defendants. | ) |

## JOURNAL ENTRY OF JUDGMENT

This cause comes on for hearing on this 27th day of March, 2013, and the Plaintiff, Wesley T. Moore, by and through his attorney, Rex Brooks, and the Defendant City of Oklahoma City, a municipal corporation, appearing by Kenneth Jordan, Municipal Counselor, and Richard C. Smith, Assistant Municipal Counselor. The Court finds that on March 12, 2013, the City Council of The City of Oklahoma City authorized the Municipal Counselor to enter into a compromise settlement without admitting liability in the case herein in the amount of Twenty Four Thousand Dollars and no/100 ($24,000.00), as evidenced by the certified copy of the attached Resolution (Exhibit A). This sum includes Plaintiff's (and his attorney's) claims for damages, costs, attorney fees and prejudgment interest. Said sum to be paid in accordance with 62 O.S. §§365.5, 365.6, and 51 O.S. §§158, 159.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the settlement between the Plaintiff and Defendant is approved and the Plaintiff is to recover Judgment against the Defendant, The City of Oklahoma City, in the sum of Twenty Four

Thousand Dollars ($24,000.00) with interest from the date hereof at 15/100 percent (0.15%) per annum.

                                                   **VICKI MILES-LaGRANGE**
                                                   **CHIEF UNITED STATES DISTRICT JUDGE**

/s/ Rex D. Brooks
(signed with permission)
Rex D. Brooks
1904 NW 23rd Street
Oklahoma City, OK 73106
Attorney for Plaintiff


/s/ Richard C. Smith
Richard C. Smith, OBA #8397
Laura A. Calvery, OBA # 30031
Assistant Municipal Counselors
200 N. Walker, Room #400
Oklahoma City, Oklahoma  73102
Attorneys for Defendant
The City of Oklahoma City